UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MANANA TARALASHVILI,
        Plaintiff,

v.

TYREE LATWAN MELVIN and PLUMMER
ENTERPRISES LLC,
        Defendant.
--------------------------------------------------------------x

**ORDER**

22 CV 4208 (VB)

      Plaintiff brings this action invoking subject matter jurisdiction by reason of diversity of citizenship under 28 U.S.C. § 1332.

      To invoke diversity jurisdiction under 28 U.S.C. § 1332, there must be complete diversity of citizenship. Caterpillar Inc. v. Lewis, 519 U.S. 61, 68 (1996). Thus, 28 U.S.C. § 1332 "applies only to cases in which the citizenship of each plaintiff is diverse from the citizenship of each defendant." Id.; see also Lincoln Prop. Co. v. Roche, 546 U.S. 81, 89 (2005). Specifically, 28 U.S.C. § 1332(a)(1) applies when the dispute is between "citizens of different States."

      A limited liability company has the citizenship of each of its individual or entity members. Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51–52 (2d Cir. 2000).

      Here, the complaint alleges defendant Plummer Enterprises LLC "is a domestic limited liability company duly authorized and existing under and by virtue of the law of the State of Arizona." (Doc. #1 at 1). However, the complaint does not allege the citizenship of each individual or entity member of defendant.

      Accordingly, by May 31, 2022, plaintiff's counsel shall submit a letter explaining in detail the citizenship of defendant Plummer Enterprises LLC, so the Court can determine whether it has subject matter jurisdiction.

Dated: May 24, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge